UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALTAMURA INVESTORS II, LLC,<br><br>　　　　Defendant. | Case No. 4:19-cv-00571-KAW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND JOINT SITE INSPECTION DEADLINE; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 12 |

On May 30, 2019, Plaintiff filed an administrative motion for relief from the joint site inspection deadline due to defense counsel Michael Welch's delay in scheduling the site inspection and his failure to appear at the May 13, 2019 site inspection. (Dkt. No. 12; Decl. of Amanda Lockhart Seabock, Dkt. No. 12-2 ¶¶ 9-18.)

Accordingly, Plaintiff's motion is GRANTED, and the Court extends the deadline to conduct the joint site inspection by thirty days from the date of this order. All other dates that are calculated based on the inspection date shall be adjusted accordingly.

Additionally, the Court orders Mr. Welch to show cause by June 21, 2019, why sanctions should not be imposed on him, sua sponte, for failing to appear at the joint site inspection, and to explain his apparent reticence to hold a site inspection as required by General Order 56. Defendants are also ordered to meet and confer telephonically with Plaintiff regarding scheduling within seven days of this order, so that the site inspection may be completed with thirty days.

IT IS SO ORDERED.

Dated: June 7, 2019

　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge