UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY KRAUSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALTAMURA INVESTORS II, LLC,<br><br>　　　　　Defendant. | Case No. 4:19-cv-00571-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 23 |

　　　　On January 10, 2020, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

　　　　IT IS SO ORDERED.

Dated: January 13, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge